UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KAYLA TILTON and <br> KRYSTAL VINCELETTE <br><br> Plaintiffs, <br><br> v. <br><br> ALEX'S LLC, d/b/a CRYSTAL DINER, <br> AHMAD HAMZY, <br> and SALMA HAMZY, <br><br> Defendants. | ) <br> ) <br> )    CIVIL ACTION <br> )    NO. 3:17 CV 00218 (AVC) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    August 11, 2017 <br> ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs, Kayla Tilton and Krystal

Vincelette, and Defendants, Alex's LLC d/b/a Crystal Diner, Ahmad Hamzy, and Salma

Hamzy, by agreement, hereby stipulate to the dismissal with prejudice of the above-

captioned action.

All parties shall further bear their own costs, expenses, and attorneys' fees.

Respectfully Submitted:

PLAINTIFFS
KAYLA TILTON AND KRYSTAL VINCELETTE

By: _____/s/_____
      Amy Dion
      Fed. Bar No. Ct30152
      Greater Hartford Legal Aid, Inc.
      999 Asylum Avenue, 3rd Floor
      Hartford, CT 06105
      (860) 541-5037 (tel.)
      (860) 541-5050 (fax)
      adion@ghla.org

_____ /s/ _____
Susan Garten
Fed. Bar No. Ct00329
Greater Hartford Legal Aid, Inc.
999 Asylum Avenue, 3rd Floor
Hartford, CT 06105
(860) 541-5020 (tel.)
(860) 541-5050 (fax)
sgarten@ghla.org


_____ /s/ _____
Peter Goselin
The Law Office of Peter Goselin
557 Prospect Avenue, 2nd Floor
Hartford, CT 06105
Federal Bar # ct06074
(860) 580-9675 (tel.)
(860) 471-8133 (fax)
pdgoselin@gmail.com

DEFENDANTS
ALEX'S LLC D/B/A CRYSTAL DINER,
AHMAD HAMZY, AND SALMA HAMZY


By _____/s/_____
Miguel A. Escalera Jr., ct07252
Shel D. Myers, ct13581
Kainen, Escalera & McHale, P.C.
21 Oak Street
Hartford, CT  06106
Tel: (860) 493-0870
Fax: (860) 493-0871
E-mail:  mescalera@kemlaw.com
E-mail:  smyers@kemlaw.com
Attorneys for Defendants


## CERTIFICATE OF SERVICE

The undersigned certifies that on this 11th day of August, 2017, a copy of the

foregoing was filed electronically. Notice of this filing will be sent by email to all parties

who have appearances as of the time of this filing, by operation of the Court's electronic

filing system or by mail to anyone unable to accept electronic filing as indicated on the

Notice of Electronic Filing.

_____/s/_____
Amy Corbett Dion, ct30152